IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERNEST LEE THOMAS,
    Petitioner,

vs.                                    CASE NO.: 3:10cv244/MCR/MD

STATE OF FLORIDA,
    Respondent.

## O R D E R

Petitioner, a pre-trial detainee confined at the Escambia County Jail, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1). Petitioner failed to use the court form for filing his petition, and also failed to sign the petition. Local Rule 5.1(J) for the Northern District of Florida states that the court will not accept for consideration a § 2241 petition unless the appropriate court form is completed. N.D. Fla. Loc. R. 5.1(J). The Local Rules also require that all pleadings bear an original signature. N.D. Fla. Loc. R. 5.1(B)(5); Fed. R. Civ. P. 11. Therefore, petitioner will be required to file an amended petition. To amend his petition, petitioner must completely fill out the § 2241 form. The amended petition must contain all of petitioner's grounds for relief and should not in any way refer to the previously filed materials. Once an amended petition is filed, all earlier petitions are disregarded. N. D. Fla. Loc. R. 15.1.

Additionally, petitioner has neither paid the $5.00 filing fee nor applied for leave to proceed *in forma pauperis*. Petitioner's case cannot proceed until he either pays the filing fee or files a complete application for leave to proceed *in forma pauperis*. A complete application includes a motion with supporting affidavit, a prisoner consent form and a financial certificate with account attachments (a printout of the transactions in petitioner's inmate trust account for the six-month period immediately preceding the filing of his petition).

Accordingly, it is ORDERED:

1. The clerk shall forward to the petitioner the form for use in § 2241 cases. This case number and the words "Amended Petition" shall be written on the form.

2. Within **twenty-eight (28) days** from the date of this order, petitioner shall file his amended petition, which shall be typed or clearly written and submitted on the court form.

3. The clerk shall also forward to the petitioner a form application to proceed *in forma pauperis*. This case number shall be written on the form.

4. Within **twenty-eight (28) days** from the date of this order, petitioner shall either pay the $5.00 filing fee, or submit a complete application for leave to proceed *in forma pauperis*.

5. Petitioner's failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to comply with a court order.

DONE AND ORDERED this 12th day of July, 2010.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**