# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**ERNEST LEE THOMAS,**
  Petitioner,

vs.                                        CASE NO.: 3:10cv244/MCR/MD

**STATE OF FLORIDA,**
  Respondent.

---

## REPORT AND RECOMMENDATION

Petitioner, a pre-trial detainee confined at the Escambia County Jail, commenced this action on July 9, 2010 by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1). Petitioner failed to use the court form for filing his petition, and failed to sign it. In addition, petitioner failed to pay the $5.00 filing fee or submit an application for leave to proceed *in forma pauperis*. Accordingly, on July 12, 2010 the court entered an order requiring petitioner to file, within twenty-eight days, an amended petition on the court form, along with either the filing fee or an application to proceed *in forma pauperis*. (Doc. 3). Petitioner was warned that failure to comply with the order would result in dismissal of his case.

Having received no response from petitioner, an order to show cause was issued on August 23, 2010 giving petitioner fourteen days to show cause why this case should not be dismissed. (Doc. 4). That deadline has passed, and petitioner has not responded.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for petitioner's failure to comply with an order of this court and failure to prosecute this action.

At Pensacola, Florida, this 24th day of September, 2010.

/s/ *Miles Davis*
   **MILES DAVIS**
   **UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.** A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).