IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERNEST LEE THOMAS,
    Petitioner,

vs.                                                              CASE NO.: 3:10cv244/MCR/MD

STATE OF FLORIDA,
    Respondent.
_____/

# O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 24, 2010. The petitioner previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has made no objections.

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This case is dismissed without prejudice for petitioner's failure to comply with an order of this court and failure to prosecute this action.

    DONE AND ORDERED this 29th day of October, 2010.

                                          *M. Casey Rodgers*
                                          M. CASEY RODGERS
                                          UNITED STATES DISTRICT JUDGE